IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:16-cr-30061-DRH |
| | ) |
| STEVEN ANTHONY YON, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of Steven Anthony Yon in the United States District Court at East St. Louis, Illinois, on the 27th day of May, 2016, at the hour of 10:30 a.m.

IT IS SO ORDERED.

DATED this 25th day of May, 2016.

*s/Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge